IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TWMAINE XAVIER FLOYD, #302 423, Plaintiff, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:19-CV-588-ALB |
| JOHNNIE WILSON, *et al.*, Defendants. | ) ) ) ) | |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on August 19, 2019. (Doc. 5). There being no timely objections filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's § 1983 claims against Defendant Lee County Detention Center are DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

2. Defendant Lee County Detention Center is TERMINATED as a party to this complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Lee County Detention Center pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 13th day of September 2019.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE