IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TWMAINE XAVIER FLOYD, #302 423, Plaintiff, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:19-CV-588-ALB |
| JOHNNIE WILSON, *et al.*, Defendants. | ) ) ) | |

## **ORDER**

On October 28, 2019, the Magistrate Judge filed a Recommendation (Doc. 9) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 6th day of December 2019.

                                                  /s/ Andrew L. Brasher
                                            ANDREW L. BRASHER
                                            UNITED STATES DISTRICT JUDGE